LAW LIBRARY

NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 30137

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
GERALD VILLANUEVA, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 96-0078(2))

2010 JUL 21 PM 1:41

JEAN R. KIKUMOTO
CLERK APPELLATE COURTS
STATE OF HAWAII

FILED

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, Leonard, and Reifurth, JJ.)

The Summary Disposition Order of the court, filed on June 23, 2010, is hereby amended as follows:

1.    On page 6, in the seventh line from the bottom of the page, the word "not" should be inserted between the words "did" and "qualify" so that as corrected, the text reads as follows: ". . . or did not qualify for an exemption from paying, . . . ."

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 21, 2010.

Chief Judge

Associate Judge

Associate Judge